DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| | | | |
|---|---|---|---|
| 316P98-2 | State v. Billy Ray Artis | Def's *Pro Se* Motion for Request for New Sentencing on Petition | Dismissed |
| 332P13-6 | Bobby R. Knox, Jr. v. Arthur Davis, et al. | 1. Plt's *Pro Se* Motion for Order to Show Cause for Federal Injunction & Protective Order from (D.P.S) Staff Officials<br><br>2. Plt's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order of (D.O.P.) (D.P.S.) Staff Officials at N.C. Marion Correctional | 1. Dismissed<br><br><br><br>2. Dismissed |
| 355A10-2 | State v. Neil Matthew Sargent | 1. Def's NOA Based Upon a Constitutional Question (COA13-482)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 380PA13 | Lois Edmondson Bynum, Administratrix of the Estate of James Earl Bynum and Lois Bynum, Plaintiff-Appellees, v. Wilson County and Sleepy Hollow Development Company, Defendants-Appellants | Plt-Appellee's Petition for Rehearing | Denied<br>**07/18/2014** |
| 388P13-2 | State v. Demaris Lamar Grice | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA12-1448) | Denied |
| 394P13 | State v. Willie Mack McCoy, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA12-1210)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Have the COA Transmit to this Court the Sealed Internal Affairs Report and the Sealed Brady Argument<br><br>4. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br><br><br>4. Allowed |
| 411A13 | Claude V. Medlin, Employee v. Weaver Cooke Construction, LLC, Employer Key Risk Insurance Company, Carrier | Motion to Withdraw Law Firm | Dismissed as Moot<br>**07/17/2014** |